UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV01-9756-AHM(VBKx)                                    Date: March 15, 2002

Title: AFENI SHAKUR, et al. v. ALL ENTERTAINMENT, et al.

PRESENT: THE HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE

Stephen Montes                             Not Reported
Courtroom Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance                              No Appearance

PROCEEDING: **Order Discharging Order to Show Cause re Dismissal for Lack of Prosecution**

On February 28, 2002, this Court ordered plaintiff to file a brief showing cause why this Court should not dismiss all remaining defendants pursuant to FCRP 4(m). On March 13, 2002, plaintiff timely filed its responsive brief.

Having reviewed that response and the file in this case, the Court concludes that plaintiff has shown good cause why the Court should retain this action. Accordingly, the Court DISCHARGES the order to show cause.

MINUTES FORM 11
CIVIL - GEN



MAR 18 2002

Initials of Deputy Clerk